IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No.  04-36 Erie |
| | ) | |
| MAURICE FRANCIS FOLEY, and | ) | |
| JOHN KIRKPATRICK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

# *PROOF OF PUBLICATION*

PROOF OF PUBLICATION
In
THE ERIE TIMES-NEWS
COMBINATION EDITION

---

UNITED STATES ATTORNEY
700 GRANT ST STE 4000
PITTSBURGH PA  15219


REFERENCE: L0003279
        0000672646 NOTICE IS HEREBY GIV

STATE OF PENNSYLVANIA)
COUNTY OF ERIE        )  SS:

James E. Dible being duly sworn, deposes and says
that he is the Publisher of the Times Publishing
Company, which publishes: the
Erie Times-News, established October 2,2000, a
daily newspaper of general circulation, successor,
by consolidation, of the Morning News, established
January 1957, and
the Erie Daily Times, established April 1888,
daily newspapers of general circulation, and
published at Erie, Erie County, Pennsylvania, and
that the notice of which the attached is a copy
published, in the regular editions of said
newspaper of the dates referred to below.
Affiant further deposes that he is duly authorized
by the TIMES PUBLISHING COMPANY, publisher of The
Erie Times-News to verify the foregoing statement
under oath, and affiant is not interested in the
subject matter of the aforesaid notice or
advertisement, and that all allegations in the
foregoing statement as to time, place and
character of publication are true.

PUBLISHED ON: 12/15

See attached




TOTAL COST:   268.50        AD SPACE: 105 LINE
FILED ON:    12/15/05

---

Sworn to and subscribed before me this
_15th_ day of _December_   2005  Affiant: _James E. Dible_
NOTARY: _Kelly J. Woodworth_

NOTARIAL SEAL
KELLY J. WOODWORTH, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON OCT. 24, 2009

Notice is hereby given that pursuant to the Motion for an Order of Criminal Forfeiture filed by the United States of America on September 3, 2005, in the case of United States v. Maurice Francis Foley and John Kirkpatrick, et al., Criminal No. 04-36 Erie, the United States District Court for the Western District of Pennsylvania entered an Order of Criminal Forfeiture forfeiting all right, title and interest of Maurice Francis Foley and John Kirkpatrick in the following property (hereinafter the Subject Property): $215,031.35 in United States currency, real property known as 19845 Hill Road, Hayfield Township, Crawford County, Pennsylvania, SW intersection of 735 & 606, Assessor's Parcel # 28-05-008-70003, as more fully described in the Deed recorded on August 19, 1997 in the Recorder of Deeds Office of Crawford County, Pennsylvania in Deed Book Volume 354, Page 236; the vehicles, 2003 Chevrolet Silverado, VIN 1GCJK331X3F134794; Dodge Ram Truck, VIN 1B7KF23W91J175474; and 1991 BMW, VIN WBAAA1311MEC69886; and a coin collection. The United States hereby gives notice of its intention to move for a final order of forfeiture free and clear of all right, title and interest of any person or entity and to dispose of the Subject Property in such manner, as the United States Attorney General may direct. Notice is further given that any person, other than Maurice Francis Foley and John Kirkpatrick, having or claiming a legal interest in the Subject Property, must file a Petition pursuant to 21 U.S.C. § 853(n) with the United States District Court for the Western District of Pennsylvania, Clerk of Court, Room 311 U.S. Post Office and Courthouse, Pittsburgh, PA 15219, (412) 208-7500, at Criminal No. 04-36 Erie within thirty (30) days of publication of this notice. The Petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Property, shall be signed by the Petitioner under penalty of perjury and shall set forth the nature and extent of the Petitioner's right, title or interest in the Subject Property, any additional facts supporting the Petitioner's claim and the relief sought. Failure to file a Petition within thirty (30) days of publication of this notice will result in the forfeiture of any or all rights, titles and interests in the Subject Property.

MARY BETH BUCHANAN
United States Attorney
By: MARY MCKEEN HOUGHTON
Assistant United States Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7370
(12-672646-NT-15)