# UNITED STATES DISTRICT COURT

__WESTERN__ District of __PENNSYLVANIA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| ERIC THOMAS DUNN  (4) | Case Number: 1:04CR00036-004 |
| (Ct Rep: Michael Powers) | USM Number: |
| | Charbel G. Latouf, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1

☐ pleaded nolo contendere to count(s) _____
 which was accepted by the court.

☐ was found guilty on count(s) _____
 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. Sect. 846 | Conspiracy to distribute and possess with intent to distribute 100 Kilograms or more of a mixture and substance containing a detectable amount of marijuana | 8/03 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 9, 2005
Date of Imposition of Judgment

_Maurice B. Cohill, Jr._
Signature of Judge

HON. MAURICE B. COHILL, JR., SENIOR DISTRICT JUDGE
Name and Title of Judge

August 9, 2005
Date

**CERTIFIED FROM THE RECORD**
Date 8/9/05
ROBERT _____ CLERK
By _____ Deputy Clerk

DEFENDANT: ERIC THOMAS DUNN (4)
CASE NUMBER: 1:04CR00036-004

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 Months.

☒ The court makes the following recommendations to the Bureau of Prisons: *I will be disappointed if this defendant does not have a successful rehabilitation, and I am optimistic that he will. He has had a serious drug problem, but he appears to be on the road back. Family members, his employer and his drug counselor all testified at his sentencing hearing. He should be assigned to a drug rehab program, and because of his family support, he should be as close to Erie as possible. Maurice B. Cohill, Jr. Judge*

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☒ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant Surrendered on 1-6-06 to FCI McKean at Bradford PA 16701, with a certified copy of this judgment.

James F. Sherman, Warden
UNITED STATES MARSHAL

By W Young L.I.E.
DEPUTY UNITED STATES MARSHAL