CR 04-36 E
special assessment
Eric Dunn
Receipt # 06-280

```
     UNITED STATES
     DISTRICT COURT
  WESTERN DISTRICT OF PENNSYLVANIA
        ERIE Division

     # 06000280 - JD
      March 28, 2006

 Code   Case #    Qty      Amount

 IND FEL0 04-36cr *        25.00 CA


 TOTAL→                    25.00


 FROM: ELIZABETH DUNN
       FOR ERIC DUNN
```