IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 04-36E |
| | ) | |
| Eric Dunn | ) | |

The above named defendant satisfied the judgment of August 9, 2005 by paying on March 28, 2006 the full balance due on his/her court ordered:

       __X__ Assessment
       _____ Fine
       _____ Costs
       _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  4-7-06
Deputy Clerk                                                Date